## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| SCOTT ROBERTS, | Case No. 21-cv-11949 |
| Plaintiff, | Hon. Robert H. Cleland |
| v. | Magistrate Judge Elizabeth A. Stafford |
| FORD MOTOR COMPANY, a Delaware corporation, | |
| Defendant. | |

| | |
|---|---|
| CROSON TAUB & MICHAELS PLLC<br>By: Charlotte Croson (P56589)<br>     Adam M. Taub (P78334)<br>*Attorneys for Plaintiff*<br>455 E. Eisenhower, Suite 75<br>Ann Arbor, MI  48108-3335<br>(734) 519-0873<br>ccroson@ctmlawyers.com<br>ataub@ctmlawyers.com | KIENBAUM HARDY VIVIANO PELTON & FORREST, PLC<br>By: Eric J. Pelton (P40635)<br>     Ryan D. Bohannon (P73394)<br>*Attorneys for Defendant*<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>epelton@khvpf.com<br>rbohannon@khvpf.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon stipulation of Plaintiff Scott Roberts and Defendant Ford Motor Company, and the Court having been otherwise fully advised in the premises;

IT IS HEREBY ORDERED that all claims against Defendant Ford Motor Company in the above-captioned case are DISMISSED WITH PREJUDICE and without costs or attorney fees to any party.

This order resolves the last pending claim and closes the case.

IT IS SO ORDERED.

                                                      s/Robert H. Cleland
                                                     Hon. Robert H. Cleland
Dated: June 24, 2022                    U.S. District Court Judge

Stipulated and Agreed:

| CROSON TAUB & MICHAELS PLLC | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
|---|---|
| By: */s/Adam M. Taub (w/permission)* <br> Charlotte Croson (P56589) <br> Adam M. Taub (P78334) <br> *Attorneys for Plaintiff* <br> 455 E. Eisenhower, Suite 75 <br> Ann Arbor, MI  48108-3335 <br> (734) 519-0873 <br> ccroson@ctmlawyers.com <br> ataub@ctmlawyers.com <br><br> Dated:  June 23, 2022 | By: */s/ Ryan D. Bohannon* <br> Eric J. Pelton (P40635) <br> Ryan D. Bohannon (P73394) <br> *Attorneys for Defendant* <br> 280 N. Old Woodward Ave., Suite 400 <br> Birmingham, MI  48009 <br> (248) 645-0000 <br> epelton@khvpf.com <br> rbohannon@khvpf.com <br><br> Dated: June 23, 2022 |

450956